# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

| | |
|---|---|
| CHRISTIE STINSON, *et al.*, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>YUM! BRANDS, INC.<br>        Defendant. | Civil Action No: 3:23-cv-00183-DJH-LLK |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(A)(i), Plaintiff David Knighten hereby voluntarily dismisses his claims, and his claims alone, within this action without prejudice.

Dated: May 7, 2024

*/s/ Scott Edward Cole*
Scott Edward Cole, Esq. (C.A. S.B. #160744)
**COLE & VAN NOTE**
555 12th Street, Suite 2100
Oakland, California 94607
Telephone:    (510) 891-9800
Email: sec@colevannote.com

*Attorney for Plaintiff David Knighten*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on May 7, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify the foregoing document is being served today on all counsel of record in this case via transmission of Notice of Electronic Filing generated by CM/ECF and on counsel in the related cases to their respective emails per the below service list.

*/s/ Scott Edward Cole*
Scott Edward Cole, Esq.