UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| CHRISTIE STINSON, HALEY BEASLEY, DEMETRA DOSS, KAREN ESTER, JOHN FARLEY, DAVID KNIGHTEN, and WILLIAM SIDLER, JR., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>YUM! BRANDS, INC.,<br><br>Defendant. | Case No. 3:23-cv-00183-DJH-LLK |

## NOTICE OF VOLUNTARY DISMISSAL
## OF PLAINTIFF CHRISTIE STINSON

PLEASE TAKE NOTICE that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Christie Stinson, a named plaintiff in the above-captioned consolidated matter, *Stinson, et al. v. Yum! Brands, Inc.*, No. 3:23-cv-00183-DJH-LLK (W.D. Ky. filed Apr. 14, 2023), hereby gives notice that she voluntarily dismisses her own claims, without prejudice. This voluntary dismissal leaves the claims of all other Plaintiffs and putative class members unchanged.

Dated: May 13, 2024

Respectfully submitted,

*/s/ Gary E. Mason*

Gary E. Mason (admitted *pro hac vice*)
**MASON LLP**
5335 Wisconsin Avenue NW, Suite 640
Washington, DC 20015
Telephone: (202) 429-2290
gmason@masonllp.com

*Counsel for Plaintiff Christie Stinson*

## CERTIFICATE OF SERVICE

I hereby certify that on May 13, 2024, a copy of the foregoing was filed electronically with the Clerk of Court via CM/ECF. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the court's CM/ECF system.

/s/ Gary E. Mason
Gary E. Mason (admitted *pro hac vice*)