UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| **CHRISTIE STINSON, JESSICA GRAVITT, HALEY BEASLEY, DEMETRA DOSS, DAVID KNIGHTEN and KAREN ESTER,** individually and on behalf of all others similarly situated,<br><br>v.<br><br>**YUM! BRANDS, INC., CHARTER CENTRAL, LLC** and **CHARTER FOODS, INC,** | **PLAINTIFFS**<br><br>Case No. 3:23-CV-00183-DJH-LLK<br>(Consolidated with 3:23-CV-00201 3:23-CV-00206, 3:23-CV-00214, 3:23-CV-274 and 3:23-CV-290)<br><br><br>**DEFENDANTS** |

\* \* \* \* \*

## NOTICE OF VOLUNTARY DISMISSAL OF PLAINTIFF KAREN ESTER

Comes now the Plaintiff, KAREN ESTER, by counsel, and hereby gives notice of the voluntary dismissal of her claims in the above styled action pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. In support, Plaintiff states that Defendants have neither served an answer nor a motion for summary judgment in this action. This voluntary dismissal shall not affect the claims of any other Plaintiffs or putative Class Members.

Dated: May 31, 2024                Respectfully submitted,

/s/ J. Gerard Stranch, IV
J. Gerard Stranch, IV (*Pro Hac Vice*)
Andrew E. Mize
**STRANCH, JENNINGS & GARVEY, PLLC**
The Freedom Center
223 Rosa L. Parks Avenue, Suite 200
Nashville, Tennessee 37203
(615) 254-8801
(615) 255-5419 (facsimile)
Gstranch@stranchlaw.com
amize@stranchlaw.com

*Counsel for Plaintiff, Karen Ester*

## CERTIFICATE OF SERVICE

It is hereby certified that on this 31st day of May 2024, a true and accurate copy of the foregoing was filed with the Clerk of the U.S. District Court via the CM/ECF system which will electronically serve all counsel of record.

*/s/ J. Gerard Stranch, IV*
J. Gerard Stranch, IV (*Pro Hac Vice*)
